IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) Case No. 7:19cv236 |
|         v. | ) |
| ROBERT C. CESSNA, JR., | ) |
|         2215 Westover Ave. SW | ) |
|         Roanoke, VA 24015 | ) |
|         Defendant. | ) |

## UNITED STATES' COMPLAINT FOR FEDERAL TAXES

The Chief Counsel of the Internal Revenue Services, a delegate of the Secretary of the Treasury of the United States, has authorized and requested this action, and it is brought at the direction of the Attorney General of the United States under the authority of 26 U.S.C. § 7401. The United States of America complains of defendant as follows:

1. This is a civil action in which the United States seeks to reduce to judgment the unpaid assessments of personal income tax, penalties, and interest made against defendant Robert C. Cessna, Jr.

2. Jurisdiction is conferred on the Court by 28 U.S.C. §§ 1340 and 1345 and by 26 U.S.C. § 7402.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1396, because Robert C. Cessna, Jr. resides in this district.

4. Plaintiff is the United States of America.

5. Defendant, Robert C. Cessna, Jr., resides in Roanoke, Virginia, which is located in Roanoke County, within the jurisdiction of this Court.

6. A delegate of the Secretary of the Treasury made the following federal income tax assessments against Robert C. Cessna, Jr.:

| Tax Type | Tax Year | Assessment Date | Original Tax Assessed | Outstanding Balance as of 2/18/2019 (including penalties and interest) |
|---|---|---|---|---|
| Income – Form 1040 | 2002 | 10/20/2008 | $8,833 | $22,991.30 |
| Income – Form 1040 | 2003 | 10/06/2008 | $11,077 | $30,760.18 |
| Income – Form 1040 | 2004 | 10/13/2008 | $10,120 | $27,347.16 |
| Income – Form 1040 | 2005 | 9/22/2008 | $9,462 | $24,274.63 |
| Income – Form 1040 | 2006 | 9/29/2008 | $9,422 | $22,516.28 |
| Income – Form 1040 | 2007 | 9/29/2008 | $9,605 | $20,321.42 |
| Income – Form 1040 | 2008 | 5/11/2009 | $8,656 | $15,504.53 |
| **Total Due** | | | | **$163,715.50** |

7. Notice and demand for payment of the assessments described in paragraph 6 was given to Robert C. Cessna, Jr. in accordance with 26 U.S.C. § 6303.

8. Statutory additions for interest and penalties have accrued and will continue to accrue on the assessments described in paragraph 6.

9. Robert C. Cessna, Jr. has failed to pay the United States the full amount owed as a result of the assessments described in paragraph 6.

10. By reason of the foregoing, Robert C. Cessna, Jr. is be indebted to the United States in the amount of $163,715.50, as of February 18, 2019, plus interest and costs that have accrued since that date and will continue to accrue according to law.

WHEREFORE, the United States respectfully requests that this Court enter judgment for the plaintiff and against the defendant, Robert C. Cessna, on its claim in the amount of $163,715.50, plus statutory interest from February 18, 2019, until paid, together with its costs and attorney's fees, and such other and further relief as the Court deems just and proper.

Dated: March 13, 2019

        THOMAS T. CULLEN
        United States Attorney

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ Kieran O. Carter*
        KIERAN O. CARTER, VSB No. 81953
        Trial Attorney, Tax Division
        Attorney for Plaintiff United States
        U.S. Department of Justice
        Post Office Box 227
        Ben Franklin Station
        Washington, D.C. 20044
        Phone: (202) 616-1920
        Fax: (202) 514-6866
        Email: Kieran.O.Carter@usdoj.gov

# CIVIL COVER SHEET

7:19cv236

JS 44 (Rev. 02/19)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kieran O. Carter, U.S. Dept. of Justice, Tax Division
P.O. Box 227, Washington DC, 20044

## DEFENDANTS
Robert C. Cessna, Jr.
2215 Westover Avenue SW, Roanoke, Virginia, 24015
County of Residence of First Listed Defendant  Roanoke City
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
n/a

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | |
| | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
26 U.S.C. 7402
Brief description of cause:
Suit to collect unpaid federal taxes and statutory additions to tax

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 163,715.50
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE: 03/13/2019
SIGNATURE OF ATTORNEY OF RECORD: *Kieran O Carter*

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE Urbanski  MAG. JUDGE ____