CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 29 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

UNITED STATES OF AMERICA, )
 )
Plaintiff, )
 )
v. )
 )
ROBERT C. CESSNA, JR., )
 )
Defendant. )

Case No. 7:19-cv-236-MFU

**JUDGMENT ORDER**

Defendant ROBERT C. CESSNA JR., having failed to appear, plead, or otherwise defend in this action, and counsel for the plaintiff having requested default judgment against him and satisfying the requirements of Rule 55(b)(1) of the Federal Rules of Civil Procedure including submitting affidavits showing (1) the sum certain due on the United States' claims and (2) that defendant is not an infant, not an incompetent person, and not on active duty status with a branch of the armed forces,

DEFAULT JUDGMENT is hereby entered pursuant to Fed. R. Civ. P. 55(b)(1) against ROBERT C. CESSNA JR. and in favor of the United States as follows:

ROBERT C. CESSNA JR. is indebted to the United States in the amount of $167,811.37 as of July 22, 2019, for his 2002 through 2008 unpaid federal income tax liabilities, plus

//

//

//

statutory additions, interest, and costs that have accrued since that date and will continue to accrue pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621(a)(2) until the balance owed is fully paid.

Dated this 29th day of July, 2019.

/s/ Michael F. Urbanski

HON. MICHAEL F. URBANSKI
Chief U.S. District Judge